

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Jose Pablo Lopez v. The State of Texas

Appellate case number:    01-15-00055-CR

Trial court case number:  01CR1330

Trial court:              122nd District Court of Galveston County

Appellant's Motion for Second Extension of Time to File Brief of Appellant and to File Brief in Excess of 15,000 Words is **GRANTED, in part**.

Appellant's brief is due July 29, 2015, with no further extension. Appellant is permitted an additional 5,000 words for his brief, for a total of 20,000 words. *See* TEX. R. APP. P. 9.4(i)(4).

It is so ORDERED.

Judge's signature: ___/s/_Rebeca Huddle____
                   X  Acting individually    ☐ Acting for the Court

Date:  July 9, 2015